**Fourth Court of Appeals**
San Antonio, Texas


August 2, 2017

No. 04-17-00432-CV & 04-17-00433-CV

**IN THE INTEREST OF A.G.G., A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00058 & 2016PA00064
Norma Gonzales, Judge Presiding

**O R D E R**

This is an accelerated appeal in a parental termination case. On July 3, 2017, appellant filed a notice of appeal, stating he was appealing an "order of termination or conservatorship, found by a jury on or about June 13, 2017." The clerk's record was filed on July 11, 2017, but did not include a final order of termination signed by the court. The clerk's office of this court contacted the district clerk's office by telephone and was advised that no order of termination had been signed. Because it appeared there was no final judgment from which appellant could appeal at that time, we therefore ordered appellant to file a written response on or before July 31, 2017, showing cause why this appeal should not be dismissed for want of jurisdiction. We also advised appellant to ask the district court clerk to prepare a supplemental clerk's record if one was required to establish this court's jurisdiction.

On July 28, 2017, the district court clerk filed a supplemental clerk's record, containing a copy of an order of termination signed on July 11, 2017. Appellant also filed a response, stating a copy of the order has been filed with this court in a supplemental clerk's record. Because the final order of termination was signed on July 11, 2017, the notice of appeal is therefore deemed filed on July 11, 2017. *See* TEX. R. APP. P. 27.1(a). Although the clerk's record and a supplement thereto has been filed, the reporter's record has not been filed. We therefore **ORDER** the court reporter to file the reporter's record in this court on or before **August 14, 2017**.

The notice of appeal was filed under trial court cause number 2016-PA-00058, and this court assigned the appeal appellate number 04-17-00432-CV. Subsequently, appellant filed a second notice of appeal, appealing the same order of termination; however, the notice of appeal was filed under trial court cause number 2016-PA-00064, and this court assigned the appeal appellate number 04-17-00433-CV. The district clerk then filed separate clerk's records – one in each trial court cause number. A review of the clerk's records in both causes reflects, however,

that on June 6, 2017 – prior to the filing of the notices of appeal and order of termination – the trial court ordered cause number 2016-PA-00064 to be consolidated with and under cause number 2016-PA-00058.  Thus, pursuant to this order of consolidation, as of June 6, 2017, there was but a single trial court cause number, 2015-PA-00058.  Because there was a single trial court cause number, i.e. one case, appellant should have filed a single notice of appeal under trial court cause number 2016-PA-00058 and the district clerk should have forwarded that single notice of appeal and filed a single clerk's record in this court.

Accordingly, pursuant to the trial court's order of consolidation, we **ORDER** the clerk of this court to administratively close appellate number 04-17-00433-CV (trial court cause number 2016-PA-00064) and transfer all filings in appellate number 04-17-00433-CV (trial court cause number 2016-PA-00064) to appellate number 04-17-00432-CV (trial court cause number 2016-PA-00058).  All future filings in this matter should be filed under 04-17-00432-CV (trial court cause number 2016-PA-00058).

We **order** the clerk of this court to serve copy of this order on all counsel, the district clerk, and the court reporter, if any.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk